UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYNTHIA DEBLANC** | **CIVIL ACTION NO. 13-6253** |
| **VERSUS** | **SECTION J** |
| **ST. TAMMANY PARISH SCHOOL BOARD** | **MAG. 1** |

## MOTION FOR SUMMARY JUDGMENT

Defendant, St. Tammany Parish School Board, pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Honorable Court for summary judgment, dismissing all claims of the Plaintiff, Cynthia DeBlanc, against the Defendant, St. Tammany Parish School Board, at her sole cost, all for the reasons set forth in the Memorandum in Support of Motion for Summary Judgment.

       Respectfully submitted:

       **Harry P. Pastuszek, Jr. & Associates, LLC**


       BY:  s/ David S. Pittman_____
       HARRY P. PASTUSZEK, JR.
       Louisiana State Bar Association No. 10415
       DAVID S. PITTMAN
       Louisiana State Bar Association No. 24604
       SHANE A. JORDAN
       Louisiana State Bar Association No. 34311
       1968 North Highway 190, Suite B
       Covington, Louisiana 70433
       Telephone: (985) 809-3130
       Facsimile:  (985) 809-9006
       E-mail: david@hpdplaw.com
       *Attorneys for St. Tammany Parish School Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2014, I electronically filed the foregoing Motion for Summary Judgment on behalf of the St. Tammany Parish School Board with the Clerk of Court by using the CM/ECF, which will send a notice of electronic filing to the following: Dwan Hillferty, Esq.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  None.

BY:  s/ David S. Pittman
HARRY P. PASTUSZEK, JR.
Louisiana State Bar Association No. 10415
DAVID S. PITTMAN
Louisiana State Bar Association No. 24604
SHANE A. JORDAN
Louisiana State Bar Association No. 34311
1968 North Highway 190, Suite B
Covington, Louisiana 70433
Telephone: (985) 809-3130
Facsimile:  (985) 809-9006
E-mail: david@hpdplaw.com
***Attorneys for St. Tammany Parish School Board***