UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CYNTHIA DeBLANC                                              CIVIL ACTION

VERSUS                                                       NO. 13-6253

ST. TAMMANY PUBLIC SCHOOL BOARD                              SECTION "J" (1)

J U D G M E N T

Considering the Court's Order and Reasons dated March 18, 2015, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, St. Tammany Public School Board, and against plaintiff, Cynthia DeBlanc, dismissing the plaintiff's suit with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __18th__ day of MARCH, 2015.

_____
UNITED STATES DISTRICT JUDGE