U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 16 2015
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEBLANC                                    CIVIL ACTION

VERSUS                                     NO: 13-6253

ST. TAMMANY PARISH SCHOOL BOARD            SECTION: "J"(1)

Judge Carl J. Barbier

Notice of Appeal

Notice is hereby given that Cynthia DeBlanc appeals to the United States Court of Appeals for the 5th Circuit from the District Court entered in this action on 4/16/15

Signed this 16th day of April, 2015

Cynthia A. DeBlanc
Pro Se Litigant Signature
Cynthia DeBlanc
Printed Name

161 Forest Loop
Street
Mandeville, La 70471
City, State, Zip Code
cdeblanc@att.net
email address

504-352-8678
(Area) (Telephone)

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ___ day of April, 2015
Signature: Cynthia DeBlanc

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No. ___